UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAARON SHEARS, | : | |
| | : | |
| Plaintiff | : | No. 1:16-CV-01427 |
| | : | |
| vs. | : | (Judge Kane) |
| | : | |
| CORRECTIONAL OFFICER CARTER, ET AL., | : | |
| | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 7th day of March 2017, in accordance with the accompanying memorandum, **IT IS ORDERED THAT:**

1. Shears' motion for a temporary restraining order (Doc. No. 19), is **DENIED** without prejudice.

2. Shears is authorized to file within 30 days a motion for a preliminary injunction which specifies the relief requested and the basis for the relief requested and complies with the Local Rules of Court.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania