# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAARON SHEARS,** | : | |
| **Plaintiff** | : | |
| | : | **No. 1:16-cv-01427** |
| **v.** | : | |
| | : | **(Judge Kane)** |
| **JOHN CARTER, et al.,** | : | |
| **Defendants** | : | |

## **ORDER**

**AND NOW**, on this 31st day of January 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendants' motion for summary judgment (Doc. No. 42), is **GRANTED**;

2. The Clerk of Court is directed to enter judgment in favor of Defendants John Carter, Clint Chehovich, and Kathleen Shorts and against Plaintiff Daaron Shears; and

3. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania